E-FILED: **8/18/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EALISE CRUMB | CASE NO. CV 07-6114-GHK (PLAx) |
| Plaintiff, | |
| v. | JUDGMENT |
| ORTHOPEDIC SURGERY MEDICAL GROUP d.b.a. BEVERLY HILLS ORTHOPEDIC GROUP, et al., | |
| Defendants. | |

    Pursuant to our April 9, 2008 Order, we granted Defendants Department of Fair Employment and Housing ("DFEH"), State and Consumer Affairs Agency ("SCSA"), and Lottie Woodruff's ("Woodruff") Motion to Dismiss with prejudice.

    Pursuant to our August 18, 2010 Order, we granted Defendants Orthopedic Surgery Medical Group d.b.a. Beverly Hills Orthopedic Group ("BHOG"), Reese E. Polesky, M.D., Inc. ("Dr. Polesky"), and Joseph Isaacson, M.D.'s ("Dr. Isaacson") Motion for Summary Judgment.

    It is hereby **ADJUDGED** that Defendants DFEH, SCSA, Woodruff, BHOG, Dr. Polesky, and Dr. Isaacson **SHALL** have judgment against Plaintiff Ealise Crumb, who

1 shall take nothing by her First Amended Complaint.

2     Pursuant to our May 16, 2008 Order, we dismissed Defendants Suzanne M. Ambrose ("Ambrose"), Myonia Gibbs ("Gibbs"), and Aileen Adams ("Adams") without prejudice. Accordingly, it is **ADJUDGED** that Defendants Ambrose, Gibbs, and Adams are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: August 18, 2010

_____
GEORGE H. KING
United States District Judge

2